IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAMA MADRID,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEGEND SENIOR LIVING, L.L.C.,<br>d/b/a Legend At Council Road,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-11-_____<br>)  (Oklahoma County Case No.:<br>)  CJ-2011-2443)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant OKC ALF #2, LLC, d/b/a The Legend at Council Road (improperly identified and named by plaintiff as Legend Senior Living, LLC d/b/a Legend at Council Road), hereby provides notice, pursuant to 28 U.S.C. §§ 1441 and 1446, of removal of a state court action initiated by plaintiff against defendant in the District Court of Oklahoma County, which state court action bears Case No. CJ-2011-2443 ("the State Action").  In support of this Notice of removal, defendant states:

　　　　1.　　The State Action was filed on April 12, 2011.  The Petition and Summons were served on defendant via certified mail on April 15, 2011. (See Exhibit 1 – Summons; Exhibit 2 – Petition).

　　　　2.　　The Petition seeks trial by jury. (Exhibit 2, at p. 6).

　　　　3.　　Federal jurisdiction over plaintiff's claim is founded upon 28 U.S.C. § 1331, in that plaintiff asserts claims under the laws of the United States, including the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.* and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*  (See Exhibit 2, ¶¶ 14-19; 24-27).  Pursuant to

{S192490;}

28 U.S.C. § 1367, this Court has supplemental jurisdiction over plaintiff's claims brought pursuant to 25 O.S. § 1101 *et seq.* because the same facts give rise to both the state and federal claims, rendering the claims so related as to form part of the same case or controversy.

4. In addition, the parties to this lawsuit are diverse. (See defendant's "Disclosure Statement Identifying Constituents of LLC by Defendant OKC ALF #2, LLC.") Although defendant denies that plaintiff is entitled to any recovery whatsoever in this lawsuit, the Petition alleges that she is entitled to actual damages in excess of $75,000 plus additional punitive and exemplary damages in excess of $75,000 and attorney's fees, costs, and other relief. (Exhibit 2, at ¶¶ 30-31). Accordingly, jurisdiction would also exist under 28 U.S.C. § 1332.

5. As required by LCvR 81.2, a true and correct copy of the civil docket sheet is attached hereto as Exhibit 3, the entry of appearance by Michael Brewer is attached as Exhibit 4 and the plaintiff's Certificate of Service by Mail is attached as Exhibit 5. The docket sheet contains a clerical error – the entry of appearance by attorney Daniel P. Johnston for Sonic Industries Services, Inc., an entity unrelated to this action. As of the time of the filing of this Notice of Removal, no other pleadings or other documents relating to this case have been filed in the State Action.

6. As directed by Section II (A)(2)(c) of the Court's ECF Policy and Procedures Manual, defendant notifies the Court that at the time of the filing of this Notice of Removal, there were no unresolved motions pending in the State Action.

s/ *Leslie L. Lynch*
Leslie L. Lynch, OBA No. 15124
GABLEGOTWALS
A Professional Corporation
One Leadership Square, 15th Floor
211 North Robinson Avenue
Oklahoma City, OK 73102
Tel: (405) 235-5500
Fax: (405) 235-2875
Email: llynch@gablelaw.com
-- and –

Terry L. Mann (pro hac vice application
 to be filed)
Mark A. Lippelmann (pro hac vice application
to be filed)
Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
100 N. Broadway, Suite 500
Wichita, Kansas 67202
Tel: (316) 265-9311
Fax: (316) 265-2955
Email: tlmann@martinpringle.com
malippelmann@martinpringle.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2011, a copy of this Notice of Removal was electronically submitted for filing to the Clerk of the U.S. District Court for the Western District of Oklahoma at newcases@okwd.uscourts.gov, and that s copy was also mailed by first class U.S. mail, postage prepaid to:

Michael W. Brewer
Anh Kim Tran
Hiltgen & Brewer, P.C.
One Benham Place, Suite 800
9400 North Broadway Extension
Oklahoma City, OK  73114

*Attorneys for Plaintiff*

      I further certify that a copy of the Notice of Removal was also delivered for filing on the same date to the Clerk of the District Court of Oklahoma County, State of Oklahoma.

                                                    s/ *Leslie L. Lynch*