RECEIVED APR 1 5 2011

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

KAMA MADRID                                    )
                                               )
           Plaintiff,                          )
                                               )
v.                                             )   Case No. CJ-2011-2443
                                               )
LEGEND SENIOR LIVING, LLC d/b/a                )
LEGEND AT COUNCIL ROAD                         )
                                               )
           Defendant.                          )

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   LEGEND SENIOR LIVING, LLC
                                d/b/a LEGEND AT COUNCIL ROAD
                                George C. Bruce, Registered Agent
                                100 N Broadway, Suite 500
                                Wichita, KS 67202

   GREETINGS: You have been sued by the above-named Plaintiffs, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff.

   Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

   Issued this 12th day of April 2011.

[Seal]

                                               Patricia Presley, COURT CLERK
                                               By: _____
                                                   Deputy Court Clerk

**Attorney(s) for Plaintiff:**
NAME:        Michael W. Brewer, OBA #11769
             Anh Kim Tran, OBA #21384
ADDRESS:     One Benham Place, Suite 800
             9400 N. Broadway Extension
             Oklahoma City, Oklahoma 73114
TELEPHONE:   (405) 605-9000

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH
THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED
IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT
STATED IN THE SUMMONS.

EXHIBIT 1