# OSCN
## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

Home | Courts | Court Dockets | Legal Research | Calendar | Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

KAMA MADRID,

    Plaintiff,

v.

LEGEND SENIOR LIVING, LLC d/B/a
LEGEND AT COUNCIL ROAD,

    Defendant.

No. CJ-2011-2443
(Civil relief more than $10,000:
WRONGFUL TERMINATION)

Filed: 04/12/2011

Judge: Dixon, Bryan C.

## Parties

Legend Senior Living, L.L.C. , Defendant
Madrid, Kama , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Brewer, Michael W(Bar # 11769)<br>ONE BENHAM PLACE SUITE 800<br>9400 NORTH BROADWAY EXTENSION<br>OKC, OK 73114 | Madrid, Kama |
| Tran, Anh Kim(Bar # 21384)<br>ONE BENHAM PLACE<br>SUITE 800<br>9400 NORTH BROADWAY EXTENSION<br>OKLAHOMA CITY, OK 73114 | Madrid, Kama |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

**Party Name:**

Issue: WRONGFUL TERMINATION (TERMINATE)
Filed by: Madrid, Kama
Filed Date: 04/12/2011
**Disposition Information:**

Pending.

EXHIBIT 3

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 04-12-2011 | TEXT | 1 | | 66834252 | Apr 12 2011 4:00:24:463PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 04-12-2011 | TERMINATE | - | | 66834254 | Apr 12 2011 4:00:24:523PM | Realized | $ 0.00 |
| | WRONGFUL TERMINATION | | | | | | |

| Date | Code | Party | Serial # | Date/Time | Status | Amount |
|---|---|---|---|---|---|---|
| 04-12-2011 | DMFE | - | 66834255 | Apr 12 2011 4:00:24:543PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | |
| 04-12-2011 | PFE1 | - | 66834256 | Apr 12 2011 4:00:24:543PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | |
| 04-12-2011 | PFE7 | - | 66834257 | Apr 12 2011 4:00:24:543PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | |
| 04-12-2011 | OCISR | - | 66834258 | Apr 12 2011 4:00:24:543PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | |
| 04-12-2011 | LTF | - | 66834259 | Apr 12 2011 4:00:24:773PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | |
| 04-12-2011 | SMF | - | 66834260 | Apr 12 2011 4:00:24:863PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | |
| 04-12-2011 | EAA | Legend Senior Living, L.L.C. | 66835397 | Apr 12 2011 4:50:20:473PM | - | $ 0.00 |
| | ENTRY OF APPEARANCE BY ATTORNEY DANIEL P. JOHNSON FOR DEFENDANT, SONIC INDUSTRIES SERVICES, INC. Document Available (#1015062648) | | | | | |
| 04-12-2011 | P | - | 66875884 | Apr 18 2011 8:42:42:077AM | - | $ 0.00 |
| | PETITION Document Available (#1015055871) | | | | | |
| 04-12-2011 | TEXT | - | 66834253 | Apr 12 2011 4:00:24:473PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE DIXON, BRYAN C. TO THIS CASE. | | | | | |
| 04-12-2011 | ACCOUNT | - | 66834266 | Apr 12 2011 4:00:43:843PM | - | $ 0.00 |
| | RECEIPT # 2011-2602247 ON 04/12/2011. PAYOR:HILTGEN & BREWER PC TOTAL AMOUNT PAID: $211.00. LINE ITEMS: CJ-2011-2443: $168.00 ON AC01 CLERK FEES. CJ-2011-2443: $6.00 ON AC23 LAW LIBRARY FEE. CJ-2011-2443: $2.00 ON AC64 DISPUTE MEDIATION FEES. CJ-2011-2443: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2011-2443: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | | | |
| 04-26-2011 | EAA | Madrid, Kama | 67005737 | Apr 28 2011 8:39:49:987AM | - | $ 0.00 |
| | ENTRY OF APPEARANCE FOR PLAINTIFF KAMA MADRID BY MICHAEL BREWER Document Available (#1015057190) | | | | | |
| 04-26-2011 | SMS | - | 67047929 | May 2 2011 4:21:50:463PM | - | $ 0.00 |
| | SUMMONS RETURNED, SERVED: LEGEND SENIOR LIVING , LLC BY CERTIFIED MAIL ON 4-15-11 Document Available (#1015312479) | | | | | |

Report Generated by The Oklahoma Court Information System at May 4, 2011 18:03 PM

End of Transmission.