

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

APR 26 2011

PATRICIA PRESLEY, COURT CLERK
by _____ DEPUTY

| | |
|---|---|
| KAMA MADRID | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2011-2443 |
| LEGEND SENIOR LIVING, LLC d/b/a LEGEND AT COUNCIL ROAD | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Michael W. Brewer, of the firm Hiltgen & Brewer, P.C., pursuant to 12 O.S. §2005.2, hereby enters his appearance on behalf of Plaintiff, Kama Madrid.

Respectfully submitted,

Michael W. Brewer, OBA #11769
HILTGEN & BREWER, P.C.
One Benham Place, Suite 800
9400 N. Broadway Extension
Oklahoma City, OK 73114
(405) 605-9000 Telephone
(405) 605-9010 Facsimile
Mwbrewer@hiltgenbrewer.com
**Attorney for Plaintiff Kama Madrid**

PLAINTIFF'S EXHIBIT 4