

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed a copy of the foregoing Summons with a copy of the Petition attached to the following named Defendant at the address shown by certified mail, return receipt requested, delivery restricted, on the 12 day of April 2011, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Received |
|---|---|---|
| Legend Senior Living, LLC d/b/a Legend at Council Road | Registered Agent: George C. Bruce 100 N. Broadway Suite 500 Wichita Kansas | April 15, 2011 |

Hiltgen & Brewer, P.C.

By: _____

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

APR 26 2011

PATRICIA PRESLEY, COURT CLERK
by _____ DEPUTY

Subscribed and sworn to before me this 26 day of April 2011.

Notary Public _____

My Commission Expires:

LISA G. GRAHAM
Notary Public
State of Oklahoma
Commission # 07007393  Expires 08/13/11

[SEAL]

**EXHIBIT 5**


**UNITED STATES POSTAL SERVICE**

Date Produced: 04/18/2011

HILTGEN & BREWER

The following is the delivery information for Certified Mail™ item number 7108 2133 3934 5440 4528. Our records indicate that this item was delivered on 04/15/2011 at 10:23 a.m. in WICHITA, KS, 67202. The scanned image of the recipient information is provided below.

Signature of Recipient: *Connie Mares*

Address of Recipient: *100 N. Broadway # 500*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 3065250 465730287112 001 KAT